## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARNOLD MERCER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DIETZ & WATSON, INC.** | : | **NO. 15-3928** |

## ORDER

**AND NOW**, this 19th day of November, 2015, upon consideration of the Defendant's

Motion to Dismiss Plaintiff's Complaint (Document No. 6) and the plaintiff's response, it is

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.      To the extent the motion seeks to dismiss the claim for interference with the

plaintiff's rights under the Family Medical Leave Act, it is **GRANTED**.

2.      The interference claim in count two of the Complaint is **DISMISSED**.

3.      In all other respects, the motion is **DENIED.**


                                    /s/Timothy J. Savage
                                    TIMOTHY J. SAVAGE,  J.